IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN PARKS : | |
| : | CIVIL ACTION |
| v.    : | |
| : | NO. 11-0562 |
| WOODBRIDGE GOLF CLUB, INC., ET. AL. : | |
| : | |

**O R D E R**

**AND NOW**, this  22nd  day of July, 2016, upon consideration of Defendants Woodbridge Golf Club, et. al.'s Motion for Partial Summary Judgment (ECF No. 17), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part. Summary judgment as to Count I is **DENIED**. All claims against Defendants Filippini, Zettlemoyer, and Graff are **DISMISSED**.

   IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**